PEERLESS IRON PIPE EXCHANGE, INC., Respondent, v. TECHNICAL PRODUCTS COMPANY, INC., Defendant. GLOBE INDEMNITY COMPANY, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEERLESS IRON PIPE EXCHANGE, INC., Respondent, v. TECHNICAL PRODUCTS COMPANY, INC., Defendant. GLOBE INDEMNITY COMPANY, Appellant. (Appeal No. 2.) — Appeal from so much of order as denies motion for reargument dismissed; order so far as it denies motion for resettlement affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CAMILLE B. BROCK, Respondent, v. WARREN FILM CO., INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the obligation sued upon is not a note or other evidence of debt for the absolute payment of money. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JUDAH L. WEINBERG, Appellant.— Appeal dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL MARKOWITZ, Respondent, v. NAGLE AVENUE CONSTRUCTION Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the fact that the plaintiff answered ready, when he was not, is practically conceded. In addition, plaintiff does not now set forth any facts from which the court could see that he has a meritorious cause of action. (Rothschild v. Haviland, 172 App. Div. 562.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE ALPER, an Infant, by MORRIS ALPER, Her Guardian ad Litem, Respondent, v. NEW YORK BUTCHERS DRESSED MEAT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

P. WOLF & Co., INC., Appellant, v. PETER WOLF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM E. D. STOKES, Respondent, v. HELEN ELWOOD STOKES, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK J. RILEY, Respondent, v. OSCAR MARKOVICH, Appellant.— Order modified by allowing a preference only over causes noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAZARUS FRIED & SONS, INC., Respondent, v. EMERY & MARSHALL COMPANY, Appellant. EMERY & MARSHALL COMPANY, Appellant, v. LAZARUS FRIED & SONS, INC., Respondent.— Order affirmed, with ten dollars costs and disburse-

ments. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

YETTA NURICK, Plaintiff, v. BROADEDGE CORPORATION and Others, Defendants. LAWRENCE K. BROWN and Another, Appellants; ANTOINETTE GRAINSKY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY R. WEST, Respondent, v. ELLIOTT C. CARTER, JR., Trading as E. C. CARTER & SON, Defendant. EDWARD A. McALLISTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS PILZ v. BENJAMIN BRETTLER.—Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SMITH & STONE CONTRACTING Co., INC., v. BENJAMIN LEFKOWITZ and Others. — Motion to dismiss appeal denied, without prejudice to renewal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAZARUS FRIED & SONS, INC., v. EMERY & MARSHALL COMPANY. EMERY & MARSHALL COMPANY v. LAZARUS FRIED & SONS, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH GENSER v. BENJAMIN GENSER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 2, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AGNES M. WINKELMAN v. LOUIS WINKELMAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before October 2, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAUL BIRNS v. MORRIS HARRISON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PETER H. McARDLE and Another v. CHARLES R. TEMPLE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY FIELD v. ROSE SENFT and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREDERICK R. EELES v. LOUIS L. HORCHITZ.— Motion to dismiss appeal granted, with ten dollars costs, and stay vacated. Present — Clarke, P. J. Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BEATRICE K. BROWN and Another, as Executors, etc., of ELIZABETH C. SEAMAN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM F. COESTER v. THE COUNTY TRUST COMPANY and Another, as Administrators, etc., of CLARA F. HITCHCOCK, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY PROTTER v. THURE G. SEAGREN and Others.— Application denied,